IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PHYSICIANS RELIANCE ASSOCIATION, INC., )
By and Through Its Chapter 7 Trustee, )
JAMES R. MARSHALL )
Plaintiff, ) Case Number: MISC05-144
V. )
)
CATHERINE EDITH CHASE, D.O. )
Defendant. )

LINE OF SATISFACTION OF JUDGMENT

CLERK OF THE COURT

PLEASE MARK the Judgment entered against the above named Defendant in the above-captioned case as "PAID AND SATISFIED"

Respectfully submitted,

Jerry L. Sewell, Assignee of
Physicians Reliance Association, Inc.
834 Inman Village Pkwy, NE
Suite 220
Atlanta, GA 30307

cc: Dr. Catherine Chase
3 Oyster Lane
Warren, RI 02885

148

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PHYSICIANS RELIANCE ASSOCIATION, INC., By and Through Its Chapter 7 Trustee, JAMES R. MARSHALL,

Plaintiff,

VS.

CASE NUMBER: 1:03-cv-3595-GET

CATHERINE EDITH CHASE, D.O.,

Defendant.

GEORGIA, FULTON COUNTY
FOR VALUE RECEIVED, WITHOUT RECOURSE, THE JUDGMENT SET FORTH HEREON IS SOLD, ASSIGNED, TRANSFERRED, AND CONVEYED TO AND OWNED BY JERRY L. SEWELL, 1195 BRIARCLIFF PLACE, N.E., ATLANTA, GA. 30306-4833 PURSUANT TO AN ORDER OF THE HONORABLE LEWIS MASSEY, JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA DATED NOVEMBER 14, 2003. THIS 16th DAY OF FEBRUARY, 2004. JAMES P MARSHALL, TRUSTEE ATTEST:

NANCY G. MANN, NOTARY PUBLIC, CLAYTON COUNTY, GEORGIA. MY COMMISSION EXPIRES: APRIL 21, 2006

JUDGMENT

This action having come before the court, Honorable G. Ernest Tidwell, United States District Judge, for consideration of the Bankruptcy Court's findings and recommendations, and the court having adopted said recommendations, it is

**Ordered and Adjudged** that judgment is entered in favor of the plaintiff, Physicians Reliance Association, Inc, by and through its Chapter 7 Trustee, James R. Marshal, and against CATHERINE EDITH CHASE, D.O. in the principal amount of $4,000.00, together with pre-judgment interest in the amount of $1,015.26, and post-judgment interest on the principal sum at the legal rate of $1.22% per annum, together with costs of $72.88.

Dated at Atlanta, Georgia, this 28th day of January 2004.

LUTHER D. THOMAS
CLERK OF COURT

By: ______________
Deputy Clerk

Prepared, Filed, and Entered
In the Clerk's Office
(date entered on docket) JAN 28 2004
Luther D. Thomas
Clerk of Court

By: ______________
Deputy Clerk

ATTEST: A TRUE COPY
CERTIFIED THIS

FEB - 9 2004

Luther D. Thomas, Clerk
By: Deputy Clerk